**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

NHL Enterprises, L.P.

                                                    Plaintiff,

v.                                                                          Case No.:
                                                                            1:25−cv−14687

                                                                            Honorable Joan H.
                                                                            Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, April 3, 2026:


     MINUTE entry before the Honorable Joan H. Lefkow: Motion to withdraw deemed admissions [51] is granted. Defendant's time to respond to plaintiff's requests to admit is stayed pending disposition of the anticipated motion to dismiss for lack of personal jurisdiction. Motion by trophydog.club to stay discovery [53] is granted pending disposition of motion to dismiss for lack of personal jurisdiction. Trophydog.club shall file its motion to dismiss by 4/9/2026. Plaintiff shall respond by 4/23/2026. Defendant may reply by 4/30/2026. Status hearing set for 4/22/2026 is stricken. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.