**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NHL ENTERPRISES, L.P.,

Plaintiff,

v.

PLOIKM123, et al.,

Defendants.

Case No. 25-cv-14687

**Judge Joan H. Lefkow**

**Magistrate Judge Gabriel A. Fuentes**

# FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff NHL Enterprises, L.P. ("Plaintiff" or "NHLE") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

[1] The e-commerce store URLs and domain names are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars from U.S. consumers, and have sold products using infringing and counterfeit versions of the federally registered trademarks (the "NHL Trademarks") to residents of Illinois. A list of NHL Trademarks is included in the chart below.

| **Registration Number** | **Trademark** |
|---|---|
| 1,962,135<br>4,631,182 | NHL |
| 2,422,903<br>4,686,827<br>4,767,415 | STANLEY CUP |
| 1,678,612 | |
| 3,248,499 | |
| 5,165,350 | |

| | |
|---|---|
| 2,395,418 | |
| 4,677,429 | |
| 3,321,071 | ANAHEIM DUCKS |
| 7,767,574 | |
| 1,718,316 | BRUINS |
| 3,517,481 | |
| 1,675,926 | SABRES |
| 1,675,182 | |
| 7,337,201 | CALGARY FLAMES |
| 1,961,457 | |
| 2,500,591 | HURRICANES |
| 2,243,540 | |
| 1,671,824 | BLACKHAWKS |
| 1,671,825 | |

| | |
|---|---|
| 3,147,743 | COLORADO AVALANCHE |
| 2,186,175 | |
| 2,442,977 | BLUE JACKETS |
| 3,360,130 | |
| 4,645,960 | |
| 1,807,615 | |
| 4,229,559 | RED WINGS |
| 1,694,497 | |
| 1,567,617 | OILERS |
| 1,566,457 | |
| 2,008,813 | FLORIDA PANTHERS |
| 5,238,138 | |
| 1,753,976 | KINGS |
| 1,718,268 | |
| 2,886,754 | WILD |
| 2,488,712 | |

| | |
|---|---|
| 2,432,973 | CANADIENS |
| 2,345,607 | |
| 2,364,958 | NASHVILLE PREDATORS |
| 4,199,753 | |
| 1,662,564 | DEVILS |
| 1,685,399 | |
| 1,722,053 | NEW YORK ISLANDERS |
| 1,694,498 | |
| 1,603,394 | RANGERS |
| 1,560,478 | |
| 1,959,122 | OTTAWA SENATORS |
| 2,242,808 | |
| 1,736,680 | PHILADELPHIA FLYERS |
| 1,681,277 | |
| 2,521,439 | PITTSBURGH PENGUINS |
| 2,521,438 | |
| 1,769,354 | SHARKS |

| | |
|---|---|
| 3,525,214 | |
| 6,487,799 | SEATTLE KRAKEN |
| 6,450,361 | |
| 1,672,658 | ST. LOUIS BLUES |
| 1,675,177 | |
| 5,258,559 | LIGHTNING |
| 4,078,123 | |
| 2,397,769 | MAPLE LEAFS |
| 5,408,059 | |
| 7,877,873 | UTAH HOCKEY CLUB |
| 7,963,864 | |
| 956,683 | CANUCKS |
| 2,196,649 | |
| 5,630,279 | VEGAS GOLDEN KNIGHTS |
| 5,303,326 | |

| | |
|---|---|
| 1,768,704 | CAPITALS |
| 3,499,833 | |
| 2,476,485 | WINNIPEG JETS |
| 4,230,995 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

    a. using the NHL Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine NHLE product or not authorized by Plaintiff to be sold in connection with the NHL Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine NHLE product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the NHL Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing NHL Trademarks and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the NHL Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, , including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay") and WhaleCo Inc. ("Temu") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the NHL Trademarks.

3. Pursuant to 15 U.S.C. § 1117(a), Plaintiff is awarded profits from Defaulting Defendants according to the table below for willful use of the NHL Trademarks in connection with the sale of products sold through at least the Defaulting Defendants Online Marketplaces.

| No. | Defendant/Seller Alias | Profit Award |
|---|---|---|
| 11 | Innovative sticker | $376.16 |
| 13 | IP STICKER | $58.80 |
| 31 | OLOL | $177.74 |
| 47 | SEVENJUNLIN PAINTING | $487.44 |
| 56 | ssSanrio | $24.55 |
| 59 | SunCirrus | $72.25 |
| 64 | The Sturdy Cup | $154.19 |
| 76 | proledsign.com | $2,145.84 |

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants, except for those Defaulting Defendants identified in Paragraph 3, in the amount of ten thousand dollars ($10,000) for willful use of counterfeit NHL Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

5. The domain name registries for the Defaulting Defendants' domain names (the "Domain Names"), including, but not limited to, VeriSign, Inc., Registry Services, LLC, Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

   a. transfer the Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Domain Names to a registrar of Plaintiff's selection; or

   b. disable the Domain Names and make them inactive and untransferable.

6. The domain name registrars, including, but not limited to, GoDaddy.com, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within seven (7) calendar days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Plaintiff's selection.

7. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay and Temu, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

8. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay and Temu, shall within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

9. All monies, up to the above identified damages awarded in Paragraphs 3 and 4, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

10. Until Plaintiff has recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits to the Declaration of Cortney Whitaker, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

11. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits to the Declaration of Cortney Whitaker and any e-mail addresses provided for Defaulting Defendants by third parties.

12. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: August 12, 2026

Joan H. Lefkow
United States District Judge

**NHL Enterprises, L.P. v. ploikm123, et al. - Case No. 25-cv-14687**

# Schedule A

| Defendant Online Marketplaces | | | |
|---|---|---|---|
| **No** | **URL** | **Name / Seller Alias** | **Award** |
| 1 | ebay.com/usr/ploikm123 | ploikm123 | Statutory Damages |
| 2 | ebay.com/usr/sddgq85 | sddgq85 | Statutory Damages |
| 3 | ebay.com/usr/skwuj772 | skwuj772 | Statutory Damages |
| 4 | ebay.com/usr/skwy765ss | skwy765ss | Statutory Damages |
| 5 | ebay.com/usr/zhujiashao | zhujiashao | Statutory Damages |
| 6 | temu.com/m-634418223696176.html | HuaShengRoom | Statutory Damages |
| 7 | temu.com/m-634418221851125.html | HugHues | Statutory Damages |
| 8 | temu.com/m-634418218883841.html | hwdyp | Statutory Damages |
| 9 | temu.com/m-634418225352233.html | Im BlanketKing | Statutory Damages |
| 10 | temu.com/m-634418221551918.html | InnovateNestCorner | Statutory Damages |
| 11 | temu.com/m-634418220585850.html | Innovative sticker | Profits |
| 12 | DISMISSED | DISMISSED | DISMISSED |
| 13 | temu.com/m-634418224565245.html | IP STICKER | Profits |
| 14 | temu.com/m-634418224960165.html | JFWZ Home Decoration | Statutory Damages |
| 15 | temu.com/m-634418221949347.html | JJFuture | Statutory Damages |
| 16 | temu.com/m-634418222737858.html | Juice blanket | Statutory Damages |
| 17 | temu.com/m-634418221988608.html | KL YZ | Statutory Damages |
| 18 | temu.com/m-634418222762553.html | Ku blanket | Statutory Damages |
| 19 | temu.com/m-634418223473572.html | Left Bank Workers Society | Statutory Damages |
| 20 | temu.com/m-634418216916421.html | LiCartoon | Statutory Damages |
| 21 | temu.com/m-634418225410914.html | LINWENCC | Statutory Damages |
| 22 | temu.com/m-634418222566268.html | Luhong blanket | Statutory Damages |
| 23 | temu.com/m-634418225763781.html | LushDrapes | Statutory Damages |
| 24 | temu.com/m-634418215373756.html | Mac mall local | Statutory Damages |
| 25 | temu.com/m-634418220198503.html | MIFGHISSF | Statutory Damages |
| 26 | temu.com/m-634418224402913.html | moon blanket | Statutory Damages |
| 27 | temu.com/m-634418222819424.html | Moth to flame | Statutory Damages |
| 28 | temu.com/m-634418223277365.html | MzTsilverAG | Statutory Damages |
| 29 | temu.com/m-634418218484959.html | Newest Blankets | Statutory Damages |
| 30 | temu.com/m-634418223194450.html | NextGen Lab | Statutory Damages |
| 31 | temu.com/m-634418223803145.html | OLOL | Profits |
| 32 | temu.com/m-634418221248102.html | PatternPalette | Statutory Damages |
| 33 | temu.com/m-634418223820204.html | Pink HomeS | Statutory Damages |
| 34 | temu.com/m-634418222747586.html | Pompup | Statutory Damages |
| 35 | temu.com/m-634418222772957.html | Preferred textiles | Statutory Damages |

| | | | |
|---|---|---|---|
| 36 | temu.com/m-634418222790931.html | PremiumHaus | Statutory Damages |
| 37 | temu.com/m-634418225921370.html | prosper blanket | Statutory Damages |
| 38 | temu.com/m-634418225673361.html | Quality SHOPU | Statutory Damages |
| 39 | temu.com/m-634418220967047.html | QUIME | Statutory Damages |
| 40 | temu.com/m-634418224962611.html | QvQ Blanket | Statutory Damages |
| 41 | temu.com/m-634418220679704.html | Retro mood | Statutory Damages |
| 42 | temu.com/m-634418225582053.html | Romantic Tone | Statutory Damages |
| 43 | temu.com/m-634418226002291.html | RSTT Pillowcase | Statutory Damages |
| 44 | temu.com/m-634418221755715.html | ruange blanket | Statutory Damages |
| 45 | temu.com/m-634418225440663.html | Serendipity Blanket | Statutory Damages |
| 46 | temu.com/m-634418220587149.html | Serene Sanctuary N | Statutory Damages |
| 47 | temu.com/m-634418219831512.html | SEVENJUNLIN PAINTING | Profits |
| 48 | temu.com/m-634418220784330.html | SHENGYUJIA | Statutory Damages |
| 49 | temu.com/m-634418221497161.html | SilkFleece | Statutory Damages |
| 50 | DISMISSED | DISMISSED | DISMISSED |
| 51 | temu.com/m-634418221679495.html | Snuggly Haven Blanket | Statutory Damages |
| 52 | temu.com/m-634418225225746.html | SoftWrap Store | Statutory Damages |
| 53 | temu.com/m-634418222930193.html | Soothing moment | Statutory Damages |
| 54 | temu.com/m-634418219151573.html | specific blanket | Statutory Damages |
| 55 | temu.com/m-634418224185148.html | SQFFOURTY | Statutory Damages |
| 56 | temu.com/sssanrio-m-634418218939629.html | ssSanrio | Profits |
| 57 | temu.com/m-634418225877589.html | Starry Hug Blanket | Statutory Damages |
| 58 | temu.com/m-634418219887984.html | STENNA | Statutory Damages |
| 59 | temu.com/m-634418225197927.html | SunCirrus | Profits |
| 60 | temu.com/m-634418223576152.html | TA ContTreePOD Tees | Statutory Damages |
| 61 | temu.com/m-634418224356756.html | TeeTroove | Statutory Damages |
| 62 | temu.com/m-634418223591393.html | TeeVoyageVV | Statutory Damages |
| 63 | temu.com/m-634418220099617.html | The Modern Fit | Statutory Damages |
| 64 | temu.com/m-634418225275097.html | The Sturdy Cup | Profits |
| 65 | temu.com/m-634418224506025.html | Thirteen Taibao | Statutory Damages |
| 66 | temu.com/m-634418224295411.html | TQ Custom | Statutory Damages |
| 67 | temu.com/m-634418222228751.html | Vendi Trade | Statutory Damages |
| 68 | SUBJECT TO ORDER [45] | SUBJECT TO ORDER [45] | SUBJECT TO ORDER [45] |
| 69 | temu.com/m-634418218615977.html | VividWears | Statutory Damages |
| 70 | mahhstyl.com | mahhstyl.com | Statutory Damages |
| 71 | SUBJECT TO ORDER [67] | SUBJECT TO ORDER [67] | SUBJECT TO ORDER [67] |
| 72 | SUBJECT TO ORDER [67] | SUBJECT TO ORDER [67] | SUBJECT TO ORDER [67] |
| 73 | SUBJECT TO ORDER [45] | SUBJECT TO ORDER [45] | SUBJECT TO ORDER [45] |

| | | | |
|---|---|---|---|
| 74 | SUBJECT TO ORDER [45] | SUBJECT TO ORDER [45] | SUBJECT TO ORDER [45] |
| 75 | neiteelavie.com | neiteelavie.com | Statutory Damages |
| 76 | proledsign.com | proledsign.com | Profits |
| 77 | SUBJECT TO ORDER [45] | SUBJECT TO ORDER [45] | SUBJECT TO ORDER [45] |
| 78 | SUBJECT TO ORDER [73] | SUBJECT TO ORDER [73] | SUBJECT TO ORDER [73] |
| 79 | trophyforu.club | trophyforu.club | Statutory Damages |
| 80 | tychejoy.com | tychejoy.com | Statutory Damages |
| 81 | wearableprint.shop | wearableprint.shop | Statutory Damages |
| 82 | worthyjerseyssupplier.com.co | worthyjerseyssupplier.com.co | Statutory Damages |